IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL GWYNN,<br><br>                    Plaintiff,<br><br>    *v.*<br><br>CITY OF PHILADELPHIA,<br>JAMES DOUGHERTY,<br>MICHAEL DUFFY,<br>DOMINIC MANGONI,<br>PAUL MCKELVIE,<br>PAUL RALEY, and<br>THOMAS PERKS,<br><br>                    Defendants. | CIVIL ACTION<br><br>No. 25-553-KSM |

## ORDER

**AND NOW**, this 26th day of November, 2025, upon consideration of Defendants the City of Philadelphia, James Dougherty, and Dominic Mangoni's Partial Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim (Doc. No. 17), it is **ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants shall answer the Amended Complaint by **December 17, 2025.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.